FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

**Lizana**     **449447**
(Last Name)     (Identification Number)

**Gabriel**
(First Name)     (Middle Name)

**Harrison County Jail**
(Institution)

**10451 Larkin Smith Drive Gulfport, MS 39503**
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 22 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

**Harrison County Jail**

**Mississippi Department of Corrections**

**(See next page for defendants)**

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: **1:24cv88 TBM-BWR**
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (X) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: **Lizana v. Payne, Lizana v. Shields, Lizana v. Sims, Lizana v. Peterson**

2. Court (if federal court, name the district; if state court, name the county): **US District Court, Southern District, Southern, Hattiesburg, Jackson Divisions**

3. Docket Number: **Lizana V. Peterson 1:04cv00109 TBM-RPM, I don't remember the other Docket #'s.**

4. Name of judge to whom case was assigned: **Robert P. Myers, Taylor B. McNeel**

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): **All 4 of these cases were won by Settlement**

1

In The United States District Court
For The Southern District Of Mississippi
Southern Division

Complaint

Gabriel Lizana #449447             Plaintiff
V.      Civil Action Number: _____
Harrison County Jail           Defendants
Sheriff Emeritus Troy Peterson - Former Harrison Co. Sheriff
Sheriff Matt Hailey - Individually and in his offical capacity as Harrison County Sheriff
Warden Evan Hubbard - Individually and in his official capacity as Warden - Harrison Co. Jail
Captain Elaine Lege - Individually and in her official capacity as Captain - Harrison Co. Jail
Lt. P. Amos - Individually and in her official capacity as Lieutenant - Harrison Co. Jail
Lt. K. Cunningham - Individually and in his official capacity as Lieutenant - Harrison Co. Jail
Mississippi Department Of Corrections (MDOC)
Commissioner Burl Cain - Individually and in his officially capacity as Commissioner - MDOC
Superintendant Ron King - Individually and in his officially capacity as Superintendant - MDOC

## PARTIES

I) Name of Plaintiff: Gabriel Lizana    County Jail Number: 449447
   Address: 10451 Larkin Smith Drive
            Gulfport, MS 39503

II) Defendant: Sheriff Troy Peterson is formerly employed as Sheriff of Harrison County and Harrison County Jail

Plaintiff:                          Address:
Gabriel Lizana #449447              10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Defendants:                         Address:
Sheriff Emeritus Troy Peterson      10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Sheriff Matt Hailey                 10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Warden Evan Hubbard                 10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Captain Elaine Lege                 10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Lt. P. Amos                         10451 Larkin Smith Drive
                                    Gulfport, MS 39503

Lt. K. Cunningham                   10451 Larkin Smith Drive
                                    Gulfport, MS 39503

MDOC Commissioner Burl Cain         MDOC
                                    P.O. Box ████998
                                    Jackson, MS 39225

MDOC Superintendant Ron King        MDOC
                                    P.O. Box ████998
                                    Jackson, MS 39225

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (X)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )   No (X), if so, state the results of the procedure: _____

F. If you are <u>not</u> an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (X)   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): **The grievance procedure at the Harrison County Jail is a Joke. You type your grievance on the kiosk and the person handling the grievances simply refuses to give you a grievance form and defers it to an officer.**

3. State the date your claims were presented: **2/20/2024 and 2/28/2024**

4. State the result of the procedure: **Verbal conversation with office, plan to request a Subpoena duces tecum.**

3

## Statement Of Claims

### III. Background

On 12/4/2023, I was convicted of Child Exploitation and sentenced to 20 years in prison. 3 month has gone by, and the Harrison County Jail has failed, along with the Mississippi Department Of Corrections, to transfer me into the custody of MDOC. The Harrison County Jail has put themselves, along with MDOC, on making themselves liable for housing me illegally with pretrial detainees, and housing Court-ordered, State, and Federal prisoners with pretrial detainees. I have been waiting to go up the road to MDOC ever since but to no avail.

### Defendants

Sheriff Emeritus Troy Peterson was in charge of the Harrison County Jail and the deputies while being the Sheriff of Harrison County before retiring at the end of 2023.

Sheriff Matt Hailey is currently in charge of the Harrison County Jail and the deputies while being the Sheriff of Harrison County.

Warden Evan Hubbard is in charge of the day-to-day operations of the Harrison County Jail. He oversees the deputies as well as issues with inmates.

Captain Elaine Lege is over the deputies as well as movements within the jail.

Lt. P. Amos and Lt. K. Cunningham are in charge of rule enforcement within the jail as well as in charge of inmate transfers within the jail and MDOC. These 2 Lieutenants have failed to transfer me to MDOC.

MDOC Commissioner Burl Cain and MDOC Superintendant Ron King are in charge of MDOC and are in charge of inmates being transferred to MDOC from the county jails. MDOC has failed to transfer me in a timely manner and the MDOC Commissioner and MDOC Superintendant are to blame for this. I have no other charges pending.

### IV. Relief

I am seeking $1000 a day from each of the Harrison County Jail defendants and $5,000 a day from the 2 MDOC officials for all the extra time that I have been stuck in the Harrison County Jail. I am also seeking from both Harrison County Jail defendants and the MDOC defendants for emotional distress an extra $5,000 per extra day I was incarcerated in the County Jail after being sentenced on 12/4/2023.

Signed this the 19TH day of March, 2024.

I declare under the penalty that the foregoing is true and correct.
3/19/2024
*[signature]*

*[signature]* #449447
Harrison County Jail
10451 Larkin Smith Drive
Gulfport, MS 39503